UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAMIAN GREEN,

    Plaintiff,

  v.

B. COX, et al.,

    Defendants.

No. 2:14-cv-2697 AC P

ORDER

By an order filed June 25, 2015, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 forms necessary to effect service on defendant B. Cox. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

Although it appears from the file that plaintiff's copy of the June 25, 2015 order was returned, plaintiff was properly served. It is the plaintiff's responsibility to keep the court apprised of his current address at all times. Pursuant to Local Rule 182(f), service of documents at the record address of the party is fully effective.

IT IS HEREBY ORDERED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

DATED: December 16, 2016

/s/ Allison Claire
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE